IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EDWIN MENDOZA-LOPEZ, *et al.*     )
                                        )
       *Plaintiffs,*            )
                                          )
       *vs.*                     )   Case No. 1:16-cv-02341-GMH
                                          )
JOHN MORIARTY & ASSOCIATES, *et al.*,   )
                                          )
       *Defendants.*          )

## ORDER

Upon consideration of Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice, it is this _2ND_ day of August 2018,

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Settlement Agreement is approved.

IT IS FURTHER ORDERED that this Action is dismissed, with prejudice.

IT IS FURTHER ORDERED that all other pending motions are

DENIED as moot.

_____
The Honorable G. Michael Harvey
United States Magistrate Judge